United States District Court
Southern District of Texas
**ENTERED**
June 08, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CODY BURNSIDE, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:16-CV-01825 |
| v. | § § | JURY TRIAL DEMANDED |
| HELMERICH & PAYNE, INC. | § § | |
| Defendant. | § § § | |

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the above-captioned matter is dismissed with prejudice. Each party is to bear its own costs and attorney's fees.

It is so ORDERED.

JUN 0 8 2017
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

2